IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE GALVAN, JR, ET AL., | § | |
| PLAINTIFFS, | § § § § | |
| v. | § | C.A. NO. B-04-104 |
| | § § | |
| ROBERT C. BONNER, ET AL. | § § | |
| DEFENDANTS. | § | |

### ORDER

BE IT REMEMBERED that on October 13, 2004, the Court notes that there is no executed return of service on file for any defendant in this case. The initial pretrial conference scheduled for October 25, 2004, cannot proceed without Defendants present. If defendants have been successfully served, the Court **ORDERS** Plaintiffs to file the return of service and submit a joint discovery case management plan pursuant to Federal Rule of Civil Procedure 26(f) and Chamber Rules no later than 3:00 p.m. on Friday, October 15, 2004.

DONE this 13th day of October, 2004, at Brownsville Texas.

Hilda G. Tagle
United States District Judge