**DENIS A. DOWNEY LL.M.**
*Attorney at Law*
1185 FM 802, Suite 3
Brownsville, Texas 78526-1538

Office (956) 544-0561
Fax (956) 544-0562

United States District Court
Southern District of Texas
FILED

OCT 1 4 2004

Michael N. Milby
Clerk of Court

October 14, 2004

Hon Hilda Tagle,
United States District Court,
U.S. Courthouse,
600 E. Harrison
Brownsville, Texas 78520

RE:   Jose Galvan et al v. Robert C. Bonner
      Civil Action B-04-104

Dear Judge Tagle:

   Our records show that we mailed out a package to CPB commissioner Bonner on June 28, 2004 (Certified # 70993220000627983324) (enclosed copy) which should have included the summons, scheduling order, and a copy of the pleading. Our mailing log of June 28 shows that was the date the certified letter went out and that date corresponds to the date on the CBP web site printout we used to obtain the address of the Commissioner. As of today we have not received back the green receipt card. Accordingly, I am requesting issuance of a new summons and am advising Nancy Masso of the service status.

Yours truly,

Denis A. Downey

DAD/ju
Encs.