

U.S. Customs Border Protection

Monday, June 28, 20

SEARCH

home   about   contacts   ports   questions   forms   publications   legal   contracting   sitemap

**newsroom   import   export   travel   careers   enforcement**

home / contacts /

### contacts

**Field Operations Offices**

**Ports Of Entry**

**Press Officers**

**ICE Special Agents-in-Charge (SAC)**

**Section 515 Requests**



Report Suspicious Activity to 1-800-BE-ALERT

# CBP Headquarters

1300 Pennsylvania Avenue, N.W.
Washington, D.C. 20229

## Commissioner
Robert C. Bonner

## Deputy Commissioner
Deborah Spero

**Chief of Staff**
Gary Shiffman

**Chief Counsel**
Alfonso Robles
(202) 927-6900

## Commissioner's Staff
**Equal Employment Opportunity**
**Special Assistant to the Commissioner**
Linda Batts
(202) 927-0210

**Policy & Planning**
Seth Stodder
(202) 927-7700

**Trade Relations**
E. Keith Thomson
(202) 927-1440

## Assistant Commissioners
**Field Operations**
Jayson P. Ahern
(202) 927-1438

**Office of Border Patrol**
Gustavo De La Vina
(202) 927-2050

**Training and Development**
Thomas J. Walters
(202) 927-0730

**International Affairs**
Michael T. Schmitz (Acting)
(202) 927-0400

**Information and Technology**

### see also:

○ on cbp.gov:

Organization

Robert C. Bonner

Deborah J. Spero, Acting Deputy Commissioner

Transition Management Office

Office of Chief Counsel

Commissioner's Staff Offices

Office of Public Affairs

Office of Regulations and Rulings

Office of Congressional Affairs

Office of Strategic Trade

Office of Human Resources Management

Office of Field Operations

Office of Information and Technology

Office of Internal Affairs

Office of Finance and CFO

Office of Training and Development

Office of International Affairs

