United States District Court
Southern District of Texas
ENTERED

OCT 1 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GALVAN, JR, ET AL., | § § | |
| PLAINTIFFS, | § § § | |
| v. | § § | C.A. NO. B-04-104 |
| ROBERT C. BONNER, ET AL. | § § § | |
| DEFENDANTS. | § | |

### ORDER

BE IT REMEMBERED that on October 18, 2004, the Court **CANCELLED** the initial pretrial conference scheduled for Monday, October 25, 2004, at 10:45 a.m. because Plaintiffs informed the Court they have no record that Defendants have been served. The Court **ORDERS** Plaintiffs to notify the Court immediately upon receiving return of service. The Court will reschedule the initial pretrial conference at that time.

DONE this 15th day of October, 2004, at Brownsville Texas.

_____
Hilda G. Tagle
United States District Judge