UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE GALVAN, JR., JESUS TREVINO, CARLOS ATKINSON and CARLOS CASTRO<br>    Plaintiff,<br><br>v.<br><br>ROBERT C. BONNER, In his Official Capacity as Commissioner, United States Department of Treasury/U.S. Customs & Border Protection<br>    Defendant. | CIVIL ACTION No. B-04-104 |

**DECLARATION OF JUDY DENSON**

I, JUDY DENSON, DO HEREBY VERIFY, SWEAR AND AFFIRM AS FOLLOWS:

1. I am employed as a Legal Assistant with the United States Attorney's Office for the Southern District of Texas, Brownsville Division. I have worked for the United States Attorney's Office since May 2002. I have been assigned to work as Legal Assistant to Assistant United States Attorney, Nancy Masso, since August 4, 2003.

2. On October 13, 2004, AUSA Nancy Masso instructed me to fax and mail a letter to Denis Downey for the above entitled lawsuit.

3. Although the letter indicates that it was to be mailed via certified mail, I have been unable to locate the "green card" receipt for the letter. However, I do have a copy of the facsimile confirmation sheet indicating that the letter was successfully transmitted to Mr. Downey's office on October 13, 2004.

4. A copy of the October 13, 2004, letter to Mr. Downey, the facsimile cover sheet and the facsimile confirmation sheet are attached to this Declaration and marked as "Attachment 1".

**Pursuant to 28 U.S.C. § 1746, I, Judy Denson, declare under penalty of perjury that the foregoing is true and correct.**

| January 5, 2005 | _[signature]_ |
|---|---|
| DATE | JUDY DENSON<br>Legal Assistant |

**EXHIBIT A**



**U.S. Department of Justice**

United States Attorney
Southern District of Texas

*U.S. Courthouse*
*600 E. Harrison St., # 201*
*Brownsville, TX 78520*

*Phone (956) 548-2554*
*Fax (956) 548-2549*

October 13, 2004

Mr. Denis Downey
Attorney at Law
1185 FM 802
Brownsville, Texas 78521

       *Via Facsimile Transmission (956) 544-0562*
       *And via certified mail, return receipt requested*

RE:    Jose Galvan, etc. v. Robert C. Bonner, et al.; United States District Court, Brownsville Division, Civil Action No. B-04-104.

Dear Mr. Downey:

    I am writing to follow up on a conversation we had regarding this case on or about August 9, 2004. As you will recall, I advised you during this conversation that I had learned of the Plaintiffs' lawsuit and attempted to secure a copy from the Court's file; however, the Court's file was missing page 2 of the Complaint. You kindly provided me a copy of the missing page.

    I believe that we also discussed issues pertaining to proper service upon the Defendant in this case at which time you indicated that you would look into it. Earlier today I reviewed my file and could find no indication that service had been properly perfected upon the Defendant. I checked the court's PACER system to determine the status of service. As of today's date, there was no indication that any summons' have been issued to the Defendant in accordance with Rule 4(i) of the Federal Rules of Civil Procedure.

    Rule 4(i) (1)(A) and (2)(A) requires that in order to perfect service on the Defendant in this case, you must serve a copy of the summons and complaint upon the United States Attorney for the Southern District of Texas, the Attorney General for the United States, and Thomas Ridge, Secretary of the Department of Homeland Security (Robert Bonner is not a properly named defendant in this case). Service of process may be perfected personally, or by certified or registered mail. The mailing addresses for these people are as follows:

                      Hon. Michael T. Shelby
       United States Attorney for the Southern District of Texas
                 ATTN: Civil Process Clerk
                  910 Travis, Suite 1500
                    P.O. Box 61129
                  Houston, Texas 77208

Attachment 1

Page 2
Letter to Denis Downey
Galvan v. Bonner
October 13, 2004

Hon. John Ashcroft
Attorney General for the United States
10th and Constitution Avenue, NW
Washington, D.C. 20530


Hon. Thomas J. Ridge
Secretary of the United States Department
of Homeland Security
Washington, D.C. 20528

If you have already perfected service upon these individuals, please accept my apologies and forward to me a copy of the return mail receipt(s) indicating service for each person/entity. Should you have any questions, please feel free to contact me.

Sincerely,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant U.S. Attorney

# U. S. DEPARTMENT OF JUSTICE




## United States Attorney's Office
## Southern District of Texas
## Brownsville Division

600 E. Harrison St., Suite #201
Brownsville, Texas 78520
Office Phone No. 548-2554/FAX (956) 548-2549

*This transmission is intended only for the use of the indicated recipient. This transmission may contain information that is privileged, sensitive, and exempt from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, disclosure, or reproduction of this transmission is strictly prohibited. If the intended recipient is not an entity or individual within your office, please notify the sender at the U. S. Attorney's Office immediately by telephone at the number listed above. Please return the transmission to the U. S. Attorney's Office at the above-listed address via U. S. Mail. Thank you.*

FROM: __NANCY L. MASSO, AUSA__          __Brownsville/Civil Section__
        NAME (Print)                    DIVISION/SECTION

       __Nancy L. Masso__ /s/            __October 13, 2004__
        Signature                         Date

TO:   __Denis Downey, Attorney__          __Brownsville__
       Name-Office/Company                City/State

DESTINATION FAX TELEPHONE No.     544-0562

No. of Page(s)  **- 2 -**   (EXCLUDING FACSIMILE TRANSMISSION SHEET)

PRECEDENCE    **Immediate**   (ROUTINE,   PRIORITY,   IMMEDIATE)   Circle One

**COMMENTS:**

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 1791 |
| CONNECTION TEL | 95440562 |
| CONNECTION ID | |
| ST. TIME | 10/13 17:06 |
| USAGE T | 01'11 |
| PGS. | 3 |
| RESULT | OK |