## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GALVAN, JR., JESUS TREVINO, <br> CARLOS ATKINSON and CARLOS CASTRO <br>      Plaintiff, <br> <br> v. <br> <br> ROBERT C. BONNER, In his Official Capacity <br> as Commissioner, United States Department <br> of Treasury/U.S. Customs & Border Protection <br>      Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION No. B-04-104 |

## ORDER OF DISMISSAL

  Today, this Court considered the Defendant's Motion to Dismiss. Having considered the motion, supporting exhibits, and the arguments submitted both in support and in opposition to the motion, this Court finds that the named Defendant is not a proper party in this lawsuit. Further, this Court finds that Plaintiff has failed to set forth a jurisdictional basis allowing this Court to proceed and that Plaintiffs have wholly failed in their obligations to timely serve the appropriate officials with the United States government with a copy of the summons and complaint as required under Rule 4(i) of the Federal Rules of Civil Procedure.

  THEREFORE, IT IS ORDERED that the Defendant's Motion to Dismiss be GRANTED, and that this case be DISMISSED, without prejudice. Costs are to be assessed against the Plaintiffs.

  Signed:_____

<br>

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE
Southern District of Texas